UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **CAROLYN BRADFORD** | * | CIVIL ACTION NO.: 6:15-cv-02299 |
| **VERSUS** | * | JUDGE: REBECCA F. DOHERTY |
| **WAL-MART LOUISIANA, LLC, ET AL** | * | MAG. JUDGE: PATRICK J. HANNA |

*****************************************************************************

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come the plaintiffs, **Carolyn Bradford and Roger Bradford**, and the defendants, **Wal-Mart Louisiana, LLC and Reddy Ice Corporation**, who respectfully represent that this matter has been settled and that the parties desire to dismiss the Petition For Damages, with prejudice, with defendant, Wal-Mart Louisiana, LLC, to bear plaintiffs' costs.

Respectfully submitted,

**Davidson, Meaux, Sonnier, McElligott, Fontenot, Gideon & Edwards**

_____
DAVID J. CALOGERO, #1748
Post Office Box 2908
Lafayette, Louisiana 70502-2908
Ph: (337) 237-1660; Fax: (337) 237-3676
**Attorneys for Wal-Mart Louisiana, LLC**

**Irwin Fritchie Urquhart & Moore LLC**

_____
MATTHEW W. BAILEY, #21459
400 Convention Street, Ste. 1001
Baton Rouge, LA 70802
Ph: (225) 615-7395
**Attorneys for Reddy Ice Corp.**

**Morrow, Morrow, Ryan & Bassett**

_____
R. CRAIG MORROW, #23536
**Post Office Drawer 1787**
Opelousas, Louisiana 70571-1787
Ph: (337) 948-4483; Fax: (337) 942-5234
**Attorneys for Carolyn and Roger Bradford**